FILED
2019 Jul-03  AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **BOA VIDA HEALTHCARE, LLC,** | ) | |
| **an Indiana limited liability company,** | ) | |
| **and BOA VIDA HOSPITAL OF** | ) | |
| **ABERDEEN, MS, LLC, d/b/a** | ) | |
| **Monroe Regional Hospital,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **v.** | ) | **7:19-cv-00840-GMB** |
| | ) | |
| **PICKENS COUNTY HEALTH** | ) | |
| **CARE AUTHORITY, an Alabama** | ) | |
| **non-profit corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Pickens County Health Care Authority d/b/a Pickens County Medical Center hereby files this Corporate Disclosure Statement, and states as follows:

1.     Pickens County Health Care Authority is a public corporation authorized to operate a hospital and constitutes a local governmental entity pursuant to the Health Care Authorities Act, Ala. Code § 22-21-310 et seq.  There are no parents, subsidiaries and/or affiliates of said party that have issued shares or

debt securities to the public. Pickens County Health Care Authority has no parent

corporation and it has no stock.

Dated:     July 3 , 2019

s/ *James F. Henry*
James F. Henry
ASB-2274-H67J

s/ *Diane B. Maughan*
Diane B. Maughan
ASB-4912-U53D

Attorneys for Pickens County Health Care
Authority d/b/a Pickens County Medical
Center

OF COUNSEL:
CABANISS, JOHNSTON, GARDNER,
   DUMAS & O'NEAL LLP
2001 Park Place North, Suite 700
Birmingham, Alabama  35203
Telephone: (205) 716-5200
Facsimile: (205) 716-5389
jfh@cabaniss.com
dbm@cabaniss.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users of the system, as follows:

Wilson F. Green
FLEENOR & GREEN, LLP
1657 McFarland Blvd. N. Ste G2A
Tuscaloosa, AL 35406

This the 3rd day of July, 2019.

s/ *James F. Henry*
OF COUNSEL