FILED
2020 Feb-26  AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| BOA VIDA HEALTHCARE, LLC, an Indiana limited liability company, and BOA VIDA HOSPITAL OF ABERDEEN, MS, LLC, d/b/a Monroe Regional Hospital, <br><br> Plaintiffs, <br><br> v. <br><br> PICKENS COUNTY HEALTH CARE AUTHORITY, an Alabama non-profit corporation, <br><br> Defendant. | Case No. 7:19-cv-00840-GMB |

## QUALIFIED HIPAA PROTECTIVE ORDER

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This order authorizes any third party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the protected health information in response to such request or subpoena.  This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action.  Immediately upon the conclusion of this action, the parties are ordered either to return the protected health information to the covered entity from whom or which it was obtained or to destroy the protected health information (including all copies made). *See* 45 C. F. R. §§ 163.502(b) & 164.512(e)(1)(v).

DONE and ORDERED on February 26, 2020.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE