# DEFENDANT'S EXHIBIT II

## Declaration of Shawn McDaniel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| BOA VIDA HEALTHCARE, LLC, ) <br> an Indiana limited liability company, ) <br> and BOA VIDA HOSPITAL OF ) <br> ABERDEEN, MS, LLC, d/b/a ) <br> Monroe Regional Hospital, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> PICKENS COUNTY HEALTH ) <br> CARE AUTHORITY, an Alabama ) <br> non-profit corporation, ) <br>  ) <br> Defendant. ) | CIVIL ACTION NO.: <br><br> 7:19-cv-00840-GMB |

## DECLARATION OF SHAWN MCDANIEL

I, Shawn McDaniel, hereby declare as follows:

1. I am over the age of nineteen (19) years and in no way disqualified from making this declaration, which is made from personal knowledge.

2. I am the Chairman of the Board for Pickens County Health Care Authority d/b/a Pickens County Medical Center (the "Hospital").

3. The Hospital ceased its provision of inpatient and outpatient medical services on March 6, 2020, and has not resumed such services.

4. Attached hereto as Exhibit A is a true and correct copy of an Action by Unanimous Written Consent of the Board of Directors of Pickens County

2.

Health Care Authority, effective as of April 6, 2020, regarding Termination of the Management Agreement with Boa Vida Healthcare, LLC Due to Cessation of Hospital Operations.

5. Attached hereto as Exhibit B is a true and correct copy of the unaudited financial statements of the Hospital for the fiscal year ending September 30, 2019.

6. Attached hereto as Exhibit C is a true and correct copy of the unaudited financial statements of the Hospital for fiscal year 2020, through March 31, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 26 day of August, 2020.

_____
Shawn McDaniel

# EXHIBIT A

## Action by Unanimous Written Consent

## of the Board of Directors of

## Pickens County Health Care Authority

*Termination of Management Agreement with Boa Vida Healthcare, LLC*
*Due to Cessation of Hospital Operations*

### Effective as of April 6, 2020

The undersigned, constituting all the members of the Board of Directors of Pickens County Health Care Authority, a public corporation (the "Authority") organized pursuant to Code of Alabama 1975, as amended (2015 Repl.), Article 11 of Chapter 21 of Title 22, and specifically in accordance with the provisions of Sections 22-21-351(I)b and 22-21-341, and in accordance with the Authority's bylaws, do hereby (i) unanimously consent to and adopt the following resolutions as of the date hereof, which resolutions shall have the same force and effect as if adopted by unanimous affirmative vote at a meeting of the Board of Directors of the Authority duly called and held on such date, (ii) waive all requirements of notice under the Authority's Bylaws, and (iii) direct that this written consent be filed in the Authority's minute book.

### *RECITALS*

**WHEREAS:** The Authority is the owner of Pickens County Medical Center ("PCMC"), which is a department of the Authority and, as such, is bound by the Bylaws of the Authority; and

**WHEREAS:** The Authority's Board of Directors (the "Board") entered into an agreement with Boa Vida Healthcare, LLC ("Boa Vida") which became effective on or about February 1, 2019, pursuant to which Boa Vida would assume responsibility for management of the operations of PCMC pursuant to a Management Agreement (the "Agreement"); and

**WHEREAS:** The Board terminated the Agreement as of March 22, 2019; and

**WHEREAS:** The Agreement may be terminated by PCMC upon cessation of hospital operations for a period of 30 days; and

**WHEREAS:** PCMC ceased operations as of March 6, 2020; and

**WHEREAS:** The Board has determined that it is in the best interest of the Authority and in furtherance of its purposes to exercise its further right to terminate the Agreement based upon cessation of hospital operations for a period of 30 days.

*ACCORDINGLY, IT IS HEREBY:*

**RESOLVED,** that Shawn McDaniel, Chairman (the "Authorized Officer"), is hereby authorized and directed to execute and deliver all documents, and perform all such acts required, to further terminate the Agreement effective as of April 6, 2020 based upon the cessation of hospital operations for a period of 30 days.

**RESOLVED FURTHER,** that the Authority be, and it hereby is, and the Authorized Officer be, and hereby is, authorized and directed to take all such other acts or actions as are deemed necessary or desirable by the Authorized Officer in order to effectuate these resolutions.

**RESOLVED FURTHER,** that the Authority be, and it hereby is, authorized and empowered, and the Authorized Officer be, and hereby is, authorized and directed to (i) cause the Authority to do all acts or actions necessary, appropriate and desirable to effectuate these resolutions, and (ii) take any and all other acts or actions the Authority and the Authorized Officer deem necessary or appropriate to carry out the intent and purposes of these resolutions, the taking of such actions to be conclusive evidence that the Officer deems such actions to be necessary, appropriate and desirable.

**RESOLVED FURTHER,** that any and all acts and things the Authorized Officer deems necessary, appropriate, or desirable, or that the Officer may have done or may do, to effectuate these resolutions shall be and are hereby authorized, confirmed, approved, and ratified as the actions of and binding upon the Authority, and such action of the Authorized Officer may be relied upon without further inquiry as being the authorized act of the Authority, the taking of such actions or the execution and delivery of such documents to be conclusive evidence that the Authorized Officer deems such action to be necessary, appropriate and desirable.

**IN WITNESS WHEREOF,** the undersigned have executed this Unanimous Action by Written Consent effective as of the date shown above.

*[Signatures on following page]*

## DIRECTORS

_____
Shawn McDaniel, Chairman

_____
JoAnne Bonner-Colvin, Vice Chairman

_____
Sue Russell, Secretary/Treasurer

_____
Gail Beams

_____
James Kirkland

_____
Kathy Marine

_____
Jay Parker, M.D.

_____
Mark Prater

_____
Manley Sullivan, M.D.

# EXHIBIT B

# PICKENS COUNTY MEDICAL CENTER
## DASHBOARD
### SEPTEMBER 2019

| | | | MONTH | | | | | | | | YEAR-TO-DATE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | BUDGET | PRIOR YEAR | OVER/(UNDER) BUDGET | | OVER/(UNDER) PRIOR YEAR | | | ACTUAL | BUDGET | PRIOR YEAR | OVER/(UNDER) BUDGET | | OVER/(UNDER) PRIOR YEAR | |
| | | | AMOUNT | PERCENT | AMOUNT | PERCENT | | | | | AMOUNT | PERCENT | AMOUNT | PERCENT |
| | | | | | | | **ADMISSIONS** | | | | | | | |
| 59 | 51 | 34 | 8 | 15.7% | 25 | 73.5% | ACUTE | 473 | 621 | 534 | (148) | (23.8%) | (61) | (11.4%) |
| 8 | 4 | 0 | 4 | 100.0% | 8 | 100.0% | SWING BED | 37 | 46 | 21 | (9) | (19.6%) | 16 | 100.0% |
| 0 | 7 | 9 | (7) | (100.0%) | (9) | (100.0%) | PSYCHIATRIC | 15 | 87 | 96 | (72) | (82.8%) | (81) | (84.4%) |
| 67 | 62 | 43 | 5 | 8.1% | 24 | 55.8% | TOTAL ADMISSIONS | 525 | 754 | 651 | (229) | (30.4%) | (126) | (19.4%) |
| | | | | | | | **PATIENT DAYS** | | | | | | | |
| 213 | 153 | 118 | 60 | 39.2% | 95 | 80.5% | ACUTE | 1,671 | 1,863 | 1,945 | (192) | (10.3%) | (274) | (14.1%) |
| 92 | 46 | 21 | 46 | 100.0% | 71 | 338.1% | SWING BED | 508 | 556 | 295 | (48) | (8.6%) | 213 | 72.2% |
| 0 | 126 | 147 | (126) | (100.0%) | (147) | (100.0%) | PSYCHIATRIC | 349 | 1,527 | 1,460 | (1,178) | (77.1%) | (1,111) | (76.1%) |
| 6 | 20 | 30 | (14) | (70.0%) | (24) | (80.0%) | OBSERVATION | 208 | 240 | 296 | (32) | (13.3%) | (88) | (29.7%) |
| 311 | 345 | 316 | (34) | (9.9%) | (5) | (1.6%) | TOTAL PATIENT DAYS | 2,736 | 4,186 | 3,996 | (1,450) | (34.6%) | (1,260) | (31.5%) |
| 264 | 274 | 188 | (10) | (3.6%) | 76 | 40.4% | ADJUSTED ADMISSIONS | 2,770 | 3,309 | 2,690 | (539) | (16.3%) | 80 | 3.0% |
| 1,204 | 1,437 | 1,247 | (233) | (16.2%) | (43) | (3.4%) | ADJUSTED PATIENT DAYS | 13,336 | 17,318 | 15,289 | (3,982) | (23.0%) | (1,953) | (12.8%) |
| 3.6 | 3.0 | 3.5 | 0.6 | 20.0% | 0.1 | 2.9% | ALOS - ACUTE | 3.5 | 3.0 | 3.6 | 0.5 | 16.7% | (0.1) | (2.8%) |
| 11.5 | 11.5 | 0.0 | 0.0 | 0.0% | 11.5 | 100.0% | ALOS - SWING BED | 13.7 | 12.1 | 14.0 | 1.6 | 13.2% | (0.3) | 100.0% |
| 0.0 | 18.0 | 16.3 | (18.0) | (100.0%) | (16.3) | (100.0%) | ALOS - PSYCHIATRIC | 23.3 | 17.6 | 15.2 | 5.7 | 32.4% | 8.1 | 53.3% |
| | | | | | | | **SURGICAL SERVICES** | | | | | | | |
| 10.2 | 10.8 | 9.5 | (0.7) | (6.2%) | 0.6 | 6.6% | AVG. DAILY INPATIENT CENSUS | 6.9 | 10.8 | 10.1 | (3.9) | (35.9%) | (3.2) | (31.7%) |
| 20.3% | 21.7% | 19.1% | (1.3%) | | 1.3% | | AVG. INPATIENT OCCUPANCY | 13.9% | 21.6% | 20.3% | (7.8%) | | (6.4%) | |
| 18,820 | 24,986 | 25,097 | (6,166) | (24.7%) | (6,277) | (25.0%) | TOTAL PAYROLL HOURS | 245,445 | 303,998 | 291,474 | (58,553) | (19.3%) | (46,029) | (15.8%) |
| 71.3 | 91.2 | 133.5 | (19.9) | (21.8%) | (62.2) | (46.6%) | PAID HRS. PER ADJUSTED ADMISSION | 88.6 | 91.9 | 108.4 | (3.3) | (3.6%) | (19.7) | (18.2%) |
| 109.8 | 145.8 | 146.4 | (36.0) | (24.7%) | (36.6) | (25.0%) | AVG NUMBER OF FTE's | 117.7 | 145.8 | 139.7 | (28.1) | (19.2%) | (22.1) | (15.8%) |
| $ 24.97 | $ 22.69 | $ 22.55 | $ 2.28 | 10.1% | $2.42 | 10.7% | AVG HOURLY RATE | $ 24.10 | $ 22.71 | $ 22.96 | $ 1.40 | 6.1% | $1.14 | 5.0% |

PMC052404

C:\Users\rkm\Dropbox\SEP '19 BOARD FINANCIAL STATEMENTS

## PICKENS COUNTY MEDICAL CENTER
## BALANCE SHEET (UNAUDITED)
### AS OF SETEMBER 30, 2019

| in thousands | September 30, 2019 | August 31, 2019 | September 30, 2018 | MONTH CHANGE | FISCAL YEAR TO DATE CHANGE |
|---|---:|---:|---:|---:|---:|
| **CURRENT ASSETS** | | | | | |
| OPERATING CASH | $ 231 | $ 263 | $ 183 | $ (32) | $ 48 |
| RESTRICTED CASH | 182 | 130 | 119 | 52 | 63 |
| **TOTAL CASH** | 413 | 393 | 302 | 20 | 111 |
| **ACCOUNTS RECEIVABLE** | | | | | |
| NET PATIENT | 1,555 | 1,503 | 1,914 | 52 | (359) |
| OTHER | - | 330 | 230 | (330) | (230) |
| **TOTAL ACCOUNTS RECEIVABLE** | 1,555 | 1,833 | 2,144 | (278) | (589) |
| INVENTORY | 152 | 147 | 289 | 5 | (137) |
| PREPAID EXPENSES | 85 | 165 | 85 | (80) | - |
| PENSION ASSET | 129 | 129 | 179 | - | (50) |
| **TOTAL CURRENT ASSETS** | 2,334 | 2,667 | 2,999 | (333) | (665) |
| **PROPERTY, PLANT, & EQUIPMENT** | | | | | |
| LAND & LAND IMPROVEMENTS | 959 | 959 | 969 | - | (10) |
| BUILDINGS | 13,477 | 13,477 | 13,477 | - | - |
| FIXED EQUIPMENT | 4,025 | 4,025 | 4,025 | - | - |
| MOVABLE EQUIPMENT | 10,185 | 10,185 | 10,105 | - | 80 |
| CONSTRUCTION IN PROGRESS | 1,133 | 1,129 | 540 | 4 | 593 |
| **TOTAL PROPERTY, PLANT, & EQUIPMENT** | 29,779 | 29,775 | 29,116 | 4 | 663 |
| LESS: ACCUMULATED DEPRECIATION | (22,514) | (22,449) | (21,689) | (65) | (825) |
| **NET PROPERTY, PLANT, & EQUIPMENT** | 7,265 | 7,326 | 7,427 | (61) | (162) |
| **TOTAL ASSETS** | $ 9,599 | $ 9,993 | $ 10,426 | $ (394) | $ (827) |
| **CURRENT LIABILITIES** | | | | | |
| ACCOUNTS PAYABLE | $ 4,936 | $ 5,137 | $ 3,225 | $ (201) | $ 1,711 |
| ACCRUED PAYROLL | 690 | 722 | 801 | (32) | (111) |
| OTHER | 131 | 147 | 67 | (16) | 64 |
| COST REPORT PAYABLE (RECEIVABLE) | 306 | 332 | 476 | (26) | (170) |
| CURRENT PORTION OF LONG TERM DEBT | 225 | 225 | 266 | - | (41) |
| **TOTAL CURRENT LIABILITIES** | 6,288 | 6,563 | 4,835 | (275) | 1,453 |
| **TOTAL LONG TERM DEBT** | 7,266 | 7,266 | 7,491 | - | (225) |
| **TOTAL LIABILITIES** | 13,554 | 13,829 | 12,326 | (275) | 1,228 |
| EQUITY | (1,900) | (1,900) | (1,900) | - | - |
| YEAR-TO-DATE NET INCOME | (2,055) | (1,936) | - | (119) | (2,055) |
| **TOTAL EQUITY** | (3,955) | (3,836) | (1,900) | (119) | (2,055) |
| **TOTAL LIABILITIES & EQUITY** | $ 9,599 | $ 9,993 | $ 10,426 | $ (394) | $ (827) |

## PICKENS COUNTY MEDICAL CENTER
### SEPTEMBER 2019 STATEMENT OF INCOME AND EXPENSE
UNAUDITED

| | | | MONTH | | | | | | | | YEAR-TO-DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | BUDGET | PRIOR YEAR | OVER/(UNDER) BUDGET | | OVER/(UNDER) PRIOR YEAR | | in thousands | ACTUAL | BUDGET | PRIOR YEAR | OVER/(UNDER) BUDGET | | OVER/(UNDER) PRIOR YEAR | |
| | | | AMOUNT | PERCENT | AMOUNT | PERCENT | | | | | AMOUNT | PERCENT | AMOUNT | PERCENT |
| | | | | | | | **PATIENT REVENUE** | | | | | | | |
| $ 609 | $ 617 | $ 495 | $ (8) | (1.3%) | $ 114 | 23.0% | INPATIENT | $ 5,377 | $ 7,511 | $ 8,009 | $ (2,134) | (28.4%) | $ (2,632) | (32.9%) |
| 1,795 | 2,112 | 1,664 | (317) | (15.0%) | 131 | 7.9% | OUTPATIENT | 22,989 | 25,452 | 25,086 | (2,463) | (9.7%) | (2,097) | (8.4%) |
| 2,404 | 2,729 | 2,159 | (325) | (11.9%) | 245 | 11.3% | TOTAL PATIENT REVENUE | 28,366 | 32,963 | 33,095 | (4,597) | (13.9%) | (4,729) | (14.3%) |
| | | | | | | | **REVENUE DEDUCTIONS** | | | | | | | |
| 1,300 | 1,541 | 806 | (241) | (15.6%) | 494 | 61.3% | CONTRACTUAL | 16,478 | 18,598 | 17,864 | (2,120) | (11.4%) | (1,386) | (7.8%) |
| 299 | 150 | 285 | 149 | 99.3% | 14 | 4.9% | CHARITY/FREE CARE | 3,218 | 1,829 | 3,563 | 1,389 | 75.9% | (345) | (9.7%) |
| 1,599 | 1,691 | 1,091 | (92) | (5.4%) | 508 | 46.6% | TOTAL REVENUE DEDUCTIONS | 19,696 | 20,427 | 21,427 | (731) | (3.6%) | (1,731) | (8.1%) |
| 805 | 1,038 | 1,068 | (233) | (22.4%) | (263) | (24.6%) | NET PATIENT REVENUE | 8,670 | 12,536 | 11,668 | (3,866) | (30.8%) | (2,998) | (25.7%) |
| 135 | 132 | 163 | 3 | 2.3% | (28) | (17.2%) | OTHER REVENUE | 2,138 | 1,609 | 2,591 | 529 | 32.9% | (453) | (17.5%) |
| 940 | 1,170 | 1,231 | (230) | (19.7%) | (291) | (23.6%) | TOTAL OPERATING REVENUE | 10,808 | 14,145 | 14,259 | (3,337) | (23.6%) | (3,451) | (24.2%) |
| | | | | | | | **OPERATING EXPENSES** | | | | | | | |
| 470 | 567 | 566 | (97) | (17.1%) | (96) | (17.0%) | SALARIES | 5,916 | 6,903 | 6,692 | (987) | (14.3%) | (776) | (11.6%) |
| 147 | 106 | 86 | 41 | 38.7% | 61 | 70.9% | BENEFITS | 1,094 | 1,270 | 1,151 | (176) | (13.9%) | (57) | (5.0%) |
| 47 | 131 | 146 | (84) | (64.1%) | (99) | (67.8%) | SUPPLIES | 827 | 1,577 | 1,498 | (750) | (47.6%) | (671) | (44.8%) |
| 73 | 39 | 87 | 34 | 87.2% | (14) | (16.1%) | PHYSICIAN FEES | 1,054 | 464 | 785 | 590 | 127.2% | 269 | 34.3% |
| 64 | 126 | 140 | (62) | (49.2%) | (76) | (54.3%) | PURCHASED SERVICES | 769 | 1,533 | 1,703 | (764) | (49.8%) | (934) | (54.8%) |
| 11 | 0 | 13 | 11 | 0.0% | (2) | 100.0% | LEGAL & ACCOUNTING | 269 | 85 | 262 | 184 | 216.5% | 7 | 2.7% |
| 71 | 47 | 63 | 24 | 51.1% | 8 | 12.7% | REPAIRS & MAINTENANCE | 631 | 572 | 634 | 59 | 10.3% | (3) | (0.5%) |
| 58 | 66 | 79 | (8) | (12.1%) | (21) | (26.6%) | UTILITIES | 613 | 688 | 672 | (75) | (10.9%) | (59) | (8.8%) |
| 16 | 15 | 18 | 1 | 6.7% | (2) | (11.1%) | INSURANCE | 209 | 185 | 190 | 24 | 13.0% | 19 | 10.0% |
| 5 | 19 | 35 | (14) | (73.7%) | (30) | (85.7%) | OTHER | 250 | 221 | 255 | 29 | 13.1% | (5) | (2.0%) |
| 962 | 1,116 | 1,233 | (154) | (13.8%) | (271) | (22.0%) | TOTAL OPERATING EXPENSES | 11,632 | 13,498 | 13,842 | (1,866) | (13.8%) | (2,210) | (16.0%) |
| (22) | 54 | (2) | (76) | (140.7%) | (20) | 1,000.0% | NET OPERATING INCOME | (824) | 647 | 417 | (1,471) | (227.4%) | (1,241) | (297.6%) |
| (2.3%) | 4.6% | (0.2%) | | | | | | (7.6%) | 4.6% | 2.9% | | | | |
| | | | | | | | **NON-OPERATING EXPENSES** | | | | | | | |
| 65 | 75 | 71 | (10) | (13.3%) | (6) | (8.5%) | DEPRECIATION & AMORTIZATION | 826 | 899 | 886 | (73) | (8.1%) | (60) | (6.8%) |
| 32 | 35 | 33 | (3) | (8.6%) | (1) | (3.0%) | INTEREST | 405 | 422 | 405 | (17) | (4.0%) | 0 | 0.0% |
| 97 | 110 | 104 | (13) | (11.8%) | (7) | (6.7%) | TOTAL NON-OPERATING EXPENSES | 1,231 | 1,321 | 1,291 | (90) | (6.8%) | (60) | (4.6%) |
| $ (119) | $ (56) | $ (106) | $ (63) | 0.0% | $ (13) | (12.3%) | NET INCOME | $ (2,055) | $ (674) | $ (874) | $ (1,381) | (204.9%) | $ (1,181) | (135.1%) |
| (12.7%) | (4.8%) | (8.6%) | | | | | | (19.0%) | (4.8%) | (6.1%) | | | | |

PMC052406

# PICKENS COUNTY MEDICAL CENTER
## STATEMENT OF CASH FLOWS
### AS OF SEPTEMBER 30, 2019
in thousands

|  | SEPTEMBER | FISCAL YEAR-TO-DATE (OCT. 1, 2018 - SEPT. 30, 2019) |
|---|---:|---:|
| NET INCOME (LOSS) | $ (119) | $ (2,055) |
| ADD: DEPRECIATION EXPENSE | 65 | 825 |
| (INCREASE)/DECREASE IN NET PATIENT RECEIVABLES | (52) ⬇ | 359 ⬆ |
| (INCREASE)/DECREASE IN OTHER RECEIVABLES | 330 ⬆ | 230 ⬆ |
| (INCREASE)/DECREASE IN INVENTORY | (5) ⬇ | 137 ⬆ |
| (INCREASE)/DECREASE IN PREPAID EXPENSES | 80 ⬆ | - |
| (INCREASE)/DECREASE IN PENSION ASSET | 0 | 50 ⬆ |
| (INCREASE)/DECREASE IN PLANT, PROPERTY, & EQUIPMENT | (4) ⬇ | (663) ⬇ |
| INCREASE/(DECREASE) IN ACCOUNTS PAYABLE | (201) ⬇ | 1,711 ⬆ |
| INCREASE/(DECREASE) IN ACCRUED PAYROLL | (32) ⬇ | (111) ⬇ |
| INCREASE/(DECREASE) IN OTHER LIABILITIES | (16) ⬇ | 64 ⬆ |
| INCREASE/(DECREASE) IN COST REPORT PAYABLE | (26) ⬇ | (170) ⬇ |
| INCREASE/(DECREASE) IN CURRENT PORTION OF LONG TERM DEBT | 0 | (41) ⬇ |
| INCREASE/(DECREASE) IN LONG TERM DEBT | 0 | (225) ⬇ |
| NET INCREASE/(DECREASE) IN CASH | 20 ⬆ | 111 ⬆ |
| TOTAL CASH AT THE BEGINNING OF PERIOD | 393 | 302 |
| TOTAL CASH AT THE END OF THE PERIOD | $ 413 | $ 413 |

PMC052407

## PICKENS COUNTY MEDICAL CENTER
## CAPITAL EXPENDITURES
### AS OF SEPTEMBER 30, 2019

|  | AMOUNT |
|---|---:|
| **OCTOBER** |  |
| 2 EA APPLE IPAD | 1,762.53 |
| 3 EA LENOVO THINKPAD | 6,239.00 |
| vSPEARE ESSENTIAL PLUS | 5,319.00 |
| ENDURA MODEL EDR 2000 BOILER | 22,735.00 |
| 30 EA VIEWSONIC MONITORS | 3,511.98 |
| HP 600 G3 I7 PC | 827.22 |
| QUANTUM SERVER | 13,233.55 |
| STANDARD LAMINATION MODULE | 2,619.00 |
| INFORMATION SYSTEM CONVERSION | 105,400.28 |
| **OCTOBER TOAL** | 161,647.56 |
| **NOVEMBER** |  |
| DELL EMC SCv3020 SERVER | 14,200.00 |
| HEAT FAB FOR BOILER | 2,947.10 |
| POWEREDGE R630 SERVER | 15,800.00 |
| INFORMATION SYSTEM CONVERSION | 212,721.79 |
| **NOVEMBER TOTAL** | 245,668.89 |
| **DECEMBER** |  |
| 10 EA LABEL PRINTERS | 4,637.00 |
| INFORMATION SYSTEM CONVERSION | 1,738.00 |
| **DECEMBER TOTAL** | 6,375.00 |
| **JANUARY** |  |
| INFORMATION SYSTEM CONVERSION | 15,964.00 |
| **JANUARY TOTAL** | 15,964.00 |
| **FEBRUARY** |  |
| INFORMATION SYSTEM CONVERSION | 36,777.82 |
| **FEBRUARY TOTAL** | 36,777.82 |
| **MARCH** |  |
| INFORMATION SYSTEM CONVERSION | 172,417.28 |
| **MARCH TOTAL** | 172,417.28 |
| **APRIL** |  |
| INFORMATION SYSTEM CONVERSION | 4,625.00 |
| **APRIL TOTAL** | 4,625.00 |
| **MAY** |  |
| INFORMATION SYSTEM CONVERSION | 27,996.50 |
| **MAY TOTAL** | 27,996.50 |
| **JUNE** |  |
| INFORMATION SYSTEM CONVERSION | 4,350.90 |
| CREDIT FOR SERVER | (14,200.00) |
| **JUNE TOTAL** | (9,849.10) |
| **JULY** |  |
| INFORMATION SYSTEM CONVERSION | 4,005.67 |
| **JULY TOTAL** | 4,005.67 |
| **AUGUST** |  |
| INFORMATION SYSTEM CONVERSION | 4,104.93 |
| **AUGUST TOTAL** | 4,104.93 |
| **SEPTEMBER** |  |
| INFORMATION SYSTEM CONVERSION | 4,032.58 |
| **SEPTEMBER TOTAL** | 4,032.58 |
| **Y-T-D TOTAL** | 673,766.13 |

PAGE 5 OF 5

PMC052408

C:\Users\rkm\Dropbox\SEP '19 BOARD FINANCIAL STATEMENTS

# EXHIBIT C

# PICKENS COUNTY MEDICAL CENTER

## DASHBOARD
### MARCH 2020

| | | | MONTH | | | | | | | | YEAR-TO-DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | BUDGET | PRIOR YEAR | OVER/(UNDER) BUDGET | | OVER/(UNDER) PRIOR YEAR | | | ACTUAL | BUDGET | PRIOR YEAR | OVER/(UNDER) BUDGET | | OVER/(UNDER) PRIOR YEAR | |
| | | | AMOUNT | PERCENT | AMOUNT | PERCENT | | | | | AMOUNT | PERCENT | AMOUNT | PERCENT |
| | | | | | | | **ADMISSIONS** | | | | | | | |
| 2 | 66 | 59 | (64) | (97.0%) | (57) | (96.6%) | ACUTE | 172 | 319 | 235 | (147) | (46.1%) | (63) | (26.8%) |
| 0 | 10 | 0 | (10) | (100.0%) | 0 | 0.0% | DETOX | 77 | 60 | 0 | 17 | 28.3% | 77 | 0.0% |
| 2 | 76 | 59 | (74) | (97.4%) | (57) | (96.6%) | **TOTAL ADMISSIONS** | 249 | 379 | 235 | (130) | (34.3%) | 14 | 6.0% |
| | | | | | | | **PATIENT DAYS** | | | | | | | |
| 9 | 398 | 294 | (389) | (97.7%) | (285) | (96.9%) | ACUTE | 500 | 1,312 | 1,405 | (812) | (61.9%) | (905) | (64.4%) |
| 4 | 40 | 0 | (36) | (90.0%) | 4 | 100.0% | DETOX | 322 | 240 | 0 | 82 | 34.2% | 322 | 100.0% |
| 13 | 438 | 294 | (425) | (97.0%) | (281) | (95.6%) | **TOTAL PATIENT DAYS** | 822 | 1,552 | 1,405 | (730) | (47.0%) | (583) | (41.5%) |
| 17 | 345 | 253 | (328) | (95.1%) | (236) | (93.3%) | ADJUSTED ADMISSIONS | 942 | 1,672 | 1,200 | (730) | (43.7%) | (258) | (21.5%) |
| 74 | 1,805 | 1,262 | (1,731) | (95.9%) | (1,188) | 100.0% | ADJUSTED PATIENT DAYS | 1,891 | 5,787 | 7,176 | (3,896) | (67.3%) | (5,285) | 100.0% |
| 4.5 | 6.0 | 5.0 | (1.5) | (25.0%) | (0.5) | (10.0%) | ALOS - ACUTE | 2.9 | 4.1 | 6.0 | (1.2) | (29.3%) | (3.1) | (51.7%) |
| 0.0 | 4.0 | 0.0 | (4.0) | (100.0%) | 0.0 | 100.0% | ALOS - DETOX | 4.2 | 4.0 | 0.0 | 0.2 | 4.5% | 4.2 | 100.0% |
| 120 | 800 | 939 | (680) | (85.0%) | (819) | (87.2%) | EMERGENCY ROOM VISITS | 4,426 | 4,725 | 5,067 | (299) | (6.3%) | (641) | (12.7%) |
| | | | | | | | **SURGICAL SERVICES** | | | | | | | |
| 0 | 0 | 0 | 0 | 0.0% | 0 | 0.0% | INPATIENT | 0 | 0 | 0 | 0 | 0.0% | 0 | 0.0% |
| 0 | 0 | 0 | 0 | 0.0% | 0 | 0.0% | OUTPATIENT | 0 | 0 | 0 | 0 | 0.0% | 0 | 0.0% |
| 0 | 5 | 16 | (5) | (100.0%) | (16) | (100.0%) | OUTPATIENT - GI | 42 | 30 | 59 | 12 | 40.0% | (17) | (28.8%) |
| 0 | 5 | 16 | (5) | (100.0%) | (16) | (100.0%) | **TOTAL - SURGICAL SERVICES** | 42 | 30 | 59 | 12 | 40.0% | (17) | (28.8%) |
| 0.4 | 14.1 | 9.5 | (13.7) | (97.0%) | (9.1) | (95.6%) | AVG. DAILY INPATIENT CENSUS | 4.5 | 8.5 | 7.7 | (4.0) | (47.0%) | (3.2) | (41.8%) |
| 0.8% | 28.3% | 19.0% | (27.4%) | | (18.1%) | | AVG. INPATIENT OCCUPANCY | 9.0% | 17.0% | 15.4% | (8.0%) | | (6.5%) | |
| 4,272 | 22,180 | 20,404 | (17,908) | (80.7%) | (16,132) | (79.1%) | TOTAL PAYROLL HOURS | 97,123 | 116,231 | 135,349 | (19,108) | (16.4%) | (38,226) | (28.2%) |
| 251.3 | 64.3 | 80.6 | 187.0 | 290.9% | 170.6 | 211.6% | PAID HRS. PER ADJUSTED ADMISSION | 103.1 | 69.5 | 112.8 | 33.6 | 48.3% | (9.7) | (8.6%) |
| 24.1 | 125.2 | 115.2 | (101.1) | (80.7%) | (91.1) | (79.1%) | AVG NUMBER OF FTE's | 92.7 | 110.9 | 130.1 | (18.2) | (16.4%) | (37.5) | (28.8%) |
| $ 31.60 | $ 24.08 | $ 23.03 | $ 7.53 | 31.3% | $8.57 | 37.2% | AVG HOURLY RATE | $ 25.62 | $ 24.00 | $ 23.65 | $ 1.61 | 6.7% | $1.97 | 8.3% |

# PICKENS COUNTY MEDICAL CENTER
## BALANCE SHEET (UNAUDITED)
### AS OF MARCH 31, 2020

| in thousands | March 31, 2020 |
|---|---:|
| **CURRENT ASSETS** | |
|   OPERATING CASH | $ 15 |
|   RESTRICTED CASH | 285 |
| TOTAL CASH | 300 |
| ACCOUNTS RECEIVABLE | |
|   NET PATIENT | 3,259 |
|   OTHER | 91 |
| TOTAL ACCOUNTS RECEIVABLE | 3,350 |
| INVENTORY | 211 |
| PREPAID EXPENSES | 84 |
| PENSION ASSET | 129 |
|   TOTAL CURRENT ASSETS | 4,074 |
| **PROPERTY, PLANT, & EQUIPMENT** | |
|   LAND & LAND IMPROVEMENTS | 959 |
|   BUILDINGS | 13,477 |
|   FIXED EQUIPMENT | 4,025 |
|   MOVABLE EQUIPMENT | 10,189 |
|   CONSTRUCTION IN PROGRESS | 1,134 |
| TOTAL PROPERTY, PLANT, & EQUIPMENT | 29,784 |
|   LESS: ACCUMULATED DEPRECIATION | (22,881) |
| NET PROPERTY, PLANT, & EQUIPMENT | 6,903 |
|   TOTAL ASSETS | $ 10,977 |
| **CURRENT LIABILITIES** | |
|   ACCOUNTS PAYABLE | $ 5,306 |
|   ACCRUED PAYROLL | 503 |
|   OTHER | 80 |
|   COST REPORT PAYABLE (RECEIVABLE) | 433 |
|   CURRENT PORTION OF LONG TERM DEBT | 240 |
|   TOTAL CURRENT LIABILITIES | 6,562 |
| TOTAL LONG TERM DEBT | 6,986 |
| TOTAL LIABILITIES | 13,548 |
| EQUITY | (2,816) |
| YEAR-TO-DATE NET INCOME | 245 |
| TOTAL EQUITY | (2,571) |
|   TOTAL LIABILITIES & EQUITY | $ 10,977 |

## PICKENS COUNTY MEDICAL CENTER
### MARCH 2020 STATEMENT OF INCOME AND EXPENSE
UNAUDITED

| | | MONTH | | | | | | | YEAR-TO-DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTUAL | BUDGET | PRIOR YEAR | OVER/(UNDER) BUDGET | | OVER/(UNDER) PRIOR YEAR | | in thousands | ACTUAL | BUDGET | PRIOR YEAR | OVER/(UNDER) BUDGET | | OVER/(UNDER) PRIOR YEAR | |
| | | | AMOUNT | PERCENT | AMOUNT | PERCENT | | | | | AMOUNT | PERCENT | AMOUNT | PERCENT |
| | | | | | | | **PATIENT REVENUE** | | | | | | | |
| $ 30 | $ 750 | $ 627 | $ (720) | (96.0%) | $ (597) | (95.2%) | INPATIENT | $ 2,715 | $ 3,360 | $ 2,769 | $ (645) | (19.2%) | $ (54) | (2.0%) |
| 218 | 2,652 | 2,065 | (2,434) | (91.8%) | (1,847) | (89.4%) | OUTPATIENT | 7,555 | 11,461 | 11,374 | (3,906) | (34.1%) | (3,819) | (33.6%) |
| 248 | 3,402 | 2,692 | (3,154) | (92.7%) | (2,444) | (90.8%) | **TOTAL PATIENT REVENUE** | 10,270 | 14,821 | 14,143 | (4,551) | (30.7%) | (3,873) | (27.4%) |
| | | | | | | | **REVENUE DEDUCTIONS** | | | | | | | |
| 60 | 2,041 | 1,630 | (1,981) | (97.1%) | (1,570) | (96.3%) | CONTRACTUAL | 3,866 | 8,320 | 8,071 | (4,454) | (53.5%) | (4,205) | (52.1%) |
| 891 | 340 | 287 | 551 | 162.1% | 604 | 210.5% | CHARITY/FREE CARE | 1,584 | 1,481 | 1,601 | 103 | 7.0% | (17) | (1.1%) |
| 951 | 2,381 | 1,917 | (1,430) | (60.1%) | (966) | (50.4%) | **TOTAL REVENUE DEDUCTIONS** | 5,450 | 9,801 | 9,672 | (4,351) | (44.4%) | (4,222) | (43.7%) |
| (703) | 1,021 | 775 | (1,724) | (168.9%) | (1,478) | (190.7%) | **NET PATIENT REVENUE** | 4,820 | 5,020 | 4,471 | (200) | (4.0%) | 349 | 7.8% |
| 136 | 130 | 118 | 6 | 4.6% | 18 | 15.3% | OTHER REVENUE | 849 | 780 | 1,314 | 69 | 8.8% | (465) | (35.4%) |
| (567) | 1,151 | 893 | (1,718) | (149.3%) | (1,460) | (163.5%) | **TOTAL OPERATING REVENUE** | 5,669 | 5,800 | 5,785 | (131) | (2.3%) | (116) | (2.0%) |
| | | | | | | | **OPERATING EXPENSES** | | | | | | | |
| 135 | 534 | 470 | (399) | (74.7%) | (335) | (71.3%) | SALARIES | 2,488 | 2,790 | 3,201 | (302) | (10.8%) | (713) | (22.3%) |
| 5 | 64 | 84 | (59) | (92.2%) | (79) | (94.0%) | BENEFITS | 314 | 334 | 593 | (20) | (6.0%) | (279) | (47.0%) |
| 13 | 76 | 60 | (63) | (82.9%) | (47) | (78.3%) | SUPPLIES | 265 | 428 | 575 | (163) | (38.1%) | (310) | (53.9%) |
| 13 | 89 | 28 | (76) | (85.4%) | (15) | (53.6%) | PHYSICIAN FEES | 481 | 527 | 477 | (46) | (8.7%) | 4 | 0.8% |
| 104 | 62 | 41 | 42 | 67.7% | 63 | 153.7% | PURCHASED SERVICES | 608 | 366 | 324 | 242 | 66.1% | 284 | 87.7% |
| 3 | 6 | 17 | (3) | 0.0% | (14) | 100.0% | LEGAL & ACCOUNTING | 70 | 36 | 204 | 34 | 94.4% | (134) | (65.7%) |
| 20 | 50 | 67 | (30) | (60.0%) | (47) | (70.1%) | REPAIRS & MAINTENANCE | 201 | 279 | 323 | (78) | (28.0%) | (122) | (37.8%) |
| 34 | 57 | 53 | (23) | (40.4%) | (19) | (35.8%) | UTILITIES | 246 | 313 | 284 | (67) | (21.4%) | (38) | (13.4%) |
| 4 | 16 | 16 | (12) | (75.0%) | (12) | (75.0%) | INSURANCE | 108 | 96 | 113 | 12 | 12.5% | (5) | (4.4%) |
| 10 | 15 | 10 | (5) | (33.3%) | 0 | 0.0% | OTHER | 72 | 90 | 178 | (18) | (20.0%) | (106) | (59.6%) |
| 341 | 969 | 846 | (628) | (64.8%) | (505) | (59.7%) | **TOTAL OPERATING EXPENSES** | 4,853 | 5,259 | 6,272 | (406) | (7.7%) | (1,419) | (22.6%) |
| (908) | 182 | 47 | (1,090) | (598.9%) | (955) | (2,031.9%) | **NET OPERATING INCOME** | 816 | 541 | (487) | 275 | 50.8% | 1,303 | (267.6%) |
| 160.1% | 15.8% | 5.3% | | | | | | 14.4% | 9.3% | (8.4%) | | | | |
| | | | | | | | **NON-OPERATING EXPENSES** | | | | | | | |
| 61 | 65 | 71 | (4) | (6.2%) | (10) | (14.1%) | DEPRECIATION & AMORTIZATION | 369 | 390 | 424 | (21) | (5.4%) | (55) | (13.0%) |
| 32 | 32 | 33 | 0 | 0.0% | (1) | (3.0%) | INTEREST | 202 | 192 | 211 | 10 | 5.2% | (9) | (4.3%) |
| 93 | 97 | 104 | (4) | (4.1%) | (11) | (10.6%) | **TOTAL NON-OPERATING EXPENSES** | 571 | 582 | 635 | (11) | (1.9%) | (64) | (10.1%) |
| $ (1,001) | $ 85 | $ (57) | $ (1,086) | 1,277.6% | $ (944) | 1,656.1% | **NET INCOME** | $ 245 | $ (41) | $ (1,122) | $ 286 | 697.6% | $ 1,367 | 121.8% |
| 176.5% | 7.4% | (6.4%) | | | | | | 4.3% | (0.7%) | (19.4%) | | | | |

PMC 052411
C:\Users\rkm\Dropbox\MAR '20 BOARD FINANCIAL STATEMENTS